UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKY AND RONALD GIDDINGS, h/w, | ) |
| Plaintiffs | ) |
| v. | ) |
| | ) Case No.: 2:10-cv-05172-JHS |
| NCO FINANCIAL SYSTEMS, INC., & | ) |
| WYSE FINANCIAL SERVICES, INC. & | ) |
| FIA CARD SERVICES, | ) |
| Defendants. | ) |

**STIPULATION REGARDING DEFENDANT'S RESPONSE TO COMPLAINT**

Plaintiffs, Vicky and Ronald Giddings, and Defendants NCO Financial Systems, Inc., WYSE Financial Services, Inc., and FIA Card Services ("Defendants"), by and through their undersigned counsel, hereby STIPULATE and AGREE that the time for Defendants to respond to Plaintiffs' Complaint be extended to November 19, 2010.

There have been no prior extensions of time granted in this case.

| | |
|---|---|
| s/ Ross S. Enders | /s Bruce K. Warren |
| Ross S. Enders, Esq. | Bruce K. Warren, Esq. |
| SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. | Warren & Vullings, L.L.P. |
| Attorneys for Defendants, | Attorney for Plaintiffs |
| NCO Financial Systems, Inc., | Vicky and Ronald Giddings |
| WYSE Financial Services, Inc., | |
| and FIA Card Services | |
| Date: October 29, 2010 | Date: October 29, 2010 |

\\sfnfs02\prolawdocs\6947\6947-26563\Giddings, Vicky & Ronald\268187.doc

APPROVED AND SO ORDERED:
OCTOBER 29, 2010

_Joel Slomsky_
J.