UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICKY AND RONALD GIDDINGS, h/w </br></br> Plaintiff </br> vs. </br></br> NCO FINANCIAL SYSTEMS, INC. </br> & </br> WYSE FINANCIAL SERVICES, INC. </br> & </br> FIA CARD SERVICES </br> Defendants | Case Number: 10-5172 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, VICKY and RONALD GIDDINGS, h/w, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

```
           BY: /s/ Bruce K. Warren
               Bruce K. Warren, Esquire
               Attorney for Plaintiff
               Attorney I.D. #89677
               Warren & Vullings, LLP
               1603 Rhawn Street
               Philadelphia, PA  19111
               215-745-9800
```