IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICKY & RONALD GIDDINGS, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | NO. 10-5172 |
| | : | |
| v. | : | |
| | : | |
| NCO FINANCIAL SYS., INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 23rd day of November 2010, upon receipt of notice from Plaintiffs consenting to dismissal (Doc. No. 8), it is ORDERED that:

1. The action is DISMISSED WITH PREJUDICE AND WITHOUT COSTS, pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close the case.

BY THE COURT:


 /s/ Joel. H. Slomsky, J.
JOEL H. SLOMSKY,  J.